UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:12-CV-00507-MMD-(VPC) |
| v. | **ORDER OF CONFRIMATION OF SALE AND DISTRIBUTION OF SALE PROCEEDS** |
| DAVID G. PFLUM; PATRICIA A. PFLUM; CARSON CITY; PATRICK PALMERI AS TRUSTEE FOR THE LITTLE FLOWER SECURITY TRUST; MARGARET PALMERI AS TRUSTEE FOR THE LITTLE FLOWER SECURITY TRUST, | |
| Defendants. | |

Having considered the United States' motion for order confirming sale and directing distribution of sale proceeds relating to the real property located at 4460 Conte Drive, Carson City, Nevada (the "Subject Property") and any response thereto, IT IS ORDERED THAT

1. The United States' motion is granted.

2. The sale of the Subject Property legally described as:

    The North ½ of the Southwest 1/4 of the Northeast 1/4 of the Northeast 1/4 of the Northeast 1/4 of section 33, Township 15 North, Range 20 East, M.D.B. & M. Carson City, Nevada.

    Excepting therefrom the East 25 feet of said land as set forth in dedication to Carson City, State of Nevada, for Public Roadway and Utility Purposes, recorded on April 6, 1972 in Book 121 at Page 6464 as Document 2834, Official Records.

    Together with all water and water rights appurtenant to the herein described property.

     Together with all the tenements, hereditaments and appurtenances thereunto belonging or appertaining, and any revisions, remainders, rents, issues or profits thereof.

to Daniel Wickham for the sum of $66,000 is HEREBY CONFIRMED.

3. The IRS shall issue a deed for the Property to Daniel Wickham.

4. The Clerk of Court shall distribute the sale proceeds deposited in the Court's registry as follows:

| Order | Payee | Amount |
|---|---|---|
| 1 | Internal Revenue Service (check payable to the United States Treasury) for costs of sale<br><br>Internal Revenue Service<br>Attn: Mary Smith (pseudonym)<br>Property Appraisal Liquidation Specialist<br>500 W 12th St. Rm 110<br>Vancouver, WA 98660<br>(951) 201-6919 | $1,452.99 |
| 2 | Carson City, Nevada<br>Outstanding real property taxes through June 30, 2014.<br><br>Carson City Nevada Tax Collector<br>885 East Musser St., Ste 2030<br>Carson City, NV 89701 | $1,999.86 |

//

//

//

//

| 3 | United States of America<br>(check payable to the Department of Justice) to be applied to David G. Pflum's unpaid federal income tax liabilities for the years 1997 through 2007, and for employment tax liability for the period ending December 31, 1997.<br><br>U.S. Department of Justice, Tax Division<br>Attn: FLU<br>P.O. Box 310<br>Washington, DC 20044 | $62,552.34, plus any accrued interest. |
|---|---|---|

DATED THIS <u>17th</u> day of <u>June</u>, 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE