UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 3:12-cv-00507-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DAVID G. PFLUM; PATRICIA A. PFLUM, CARSON CITY; PATRICK PALMERI AS TRUSTEE FOR THE LITTLE FLOWER SECURITY TRUST; MARGARET PALMERI AS TRUSTEE FOR THE LITTLE FLOWER SECURITY TRUST. | |
| Defendants. | |

The Court received a document from David Pflum and, because this case is closed, directs that it be returned to him. David Pflum is precluded from filing any more documents in this closed case.

DATED THIS 26th day of November 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE